## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GODFATHER'S PIZZA, INC.,** | **CASE NO. 8:12CV400** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **NASSER AHDOOT, ILIR SELA, and BIZ FARM, INC. d/b/a mypizza.com,** | |
| **Defendants.** | |

This matter is before the Court on Plaintiff Godfather's Pizza, Inc.'s Notice of Voluntary Dismissal Without Prejudice (Filing No. 10), seeking to dismiss Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the Notice should be approved.  Accordingly,

IT IS ORDERED:

1.      The Notice of Voluntary Dismissal Without Prejudice (Filing No. 10) is approved; and

2.      The claims asserted by Plaintiff Godfather's Pizza, Inc., against Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com, are dismissed without prejudice, and the clerk is instructed to remove Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com, from the case caption.

Dated this 6th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge