# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GODFATHER'S PIZZA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NASSER AHDOOT, ILIR SELA, and BIZ FARM, INC. d/b/a mypizza.com, <br><br> Defendants. | CASE NO. 8:12CV400 <br><br> ORDER |

This matter is before the Court on Plaintiff Godfather's Pizza, Inc.'s Notice of Voluntary Dismissal Without Prejudice (Filing No. 10), seeking to dismiss Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the Notice should be approved. Accordingly,

IT IS ORDERED:

1. The Notice of Voluntary Dismissal Without Prejudice (Filing No. 10) is approved; and

2. The claims asserted by Plaintiff Godfather's Pizza, Inc., against Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com, are dismissed without prejudice, and the clerk is instructed to remove Defendants Ilir Sela and Biz Farm, Inc. d/b/a mypizza.com, from the case caption.

Dated this 6th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge