# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GODFATHER'S PIZZA, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**NASSER AHDOOT,**<br><br>　　　　　**Defendant.** | **CASE NO. 8:12CV400**<br><br><br>**ORDER AND**<br>**FINAL JUDGMENT** |

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 14). The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. The Court will not assess costs or attorney fees in this case. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 14) is approved;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs or attorney fees in this case.

Dated this 11th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge